### No. 859

### WHITE v. FINDLAY (City)

Ohio Supreme Court

No. 18026. Decided Oct. 23, 1923

To Appear in Ohio State Reports

**225. INTOXICATING LIQUORS.**

A city ordinance enacted in the identical terms of the Crabbe Act providing that the terms "giving away" and "possessing" shall not apply to intoxicating liquors in a bona fide private dwelling, is a valid and constitutional enactment.

For Official Syllabus see 43 Abs. 764.

ALLEN, J.

#### Epitomized Opinion

The city of Finlay, O., passed an ordinance which so far as it relates to this case, is identical with the so-called Crabbe Act.

Section 2 of the ordinance, as does the act, 6212-GC., provides that the terms "Give away" and "possess" shall not apply to liquors in a bona fide private dwelling.

Section 3, and 6212-15 of the Act, defined several crimes that are punishable.

White was convicted of having unlawful possession of intoxicating liquors under the ordinance and the conviction was affirmed by the Court of Appeals. He carried the case to the Supreme Court, claiming unconstitutionality because discrimination and immunity exists in both the act and the ordinance, in favor of occupants and owners of private dwellings, under which it is lawful for them to possess and give away such liquors.

The Supreme Court held, in affirming the judgment of the Court of Appeals, that the classification made in the act and ordinance is not unreasonable. That it is reasonable that the home, where used for the legitimate purposes of a home, shall be safe from a search and seizure, but that the home when used as a cloak for crime shall not receive the protection of a home. Moreover, that the law acts equally upon every person who comes within the classes established in the law. It may operate against the man "without a home." Equally it may operate against the man "with a home." In fact, the defendants whose convictions have been upheld under this statute for the most part have homes, and the fact that they had homes did not exempt them from the operation of the statute.

Attorneys—George H. Phelps, Findlay, for White; J. S. Snook, Findlay, for the City.